UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Terry Moore, et al.,

                Plaintiff(s),

v.                                      Case No. 2:17-cv-14226-NGE-SDD
                                              Hon. Nancy G. Edmunds

General Motors LLC,

                Defendant(s),

## NOTICE OF REMAND

TO: Livingston County Circuit Court

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Boulevard, 5th Floor
    Detroit, Michigan 48226
    (313) 234-5005

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/S Osorio
                                              Deputy Clerk

Dated: August 22, 2018

FILED AUG 31 2018 CLERK'S OFFICE DETROIT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

4822632777 C008

OFFICE OF THE CLERK
U.S. DISTRICT COURT
THEODORE LEVIN U.S. COURTHOUSE
231 WEST LAFAYETTE - FIFTH FLOOR
DETROIT, MICHIGAN 48226

RECEIVED
AUG 31 2018